# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Rodney Wassem Mahto, | ) | Case No. 4:97-cr-016 |
| Defendant. | ) | |

On February 27, 2020, defendant filed a notice of substitution of counsel. (Doc. No. 77). Therein he advises that he as retained attorney Jackson Lofgren to represent him in this matter. Accordingly, attorney Jackson Lofgren shall be substituted as defense counsel of record. Defendant's court-appointed counsel, Assistant Federal Public Defender Edward Werner is authorized to withdraw.

**IT IS SO ORDERED.**

Dated this 28th day of February, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court